**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF OHIO, WESTERN DIVISION AT DAYTON

Case number *(if known)* _____   Chapter   11

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Reliable Castings Corporation |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 31-0419950 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 1521 West Michigan Street<br>Sidney, OH 45365 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Shelby | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | www.reliablecastings.com |

6. **Type of debtor**

☐■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | Reliable Castings Corporation | Case number (*if known*) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

____3325____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

| Debtor | Reliable Castings Corporation | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | Relationship | _____ |
|---|---|---|---|---|
| District | _____ | When _____ | Case number, if known | _____ |

**11.  Why is the case filed in *this district*?**

*Check all that apply:*

■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐  It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
     What is the hazard? _____

☐  It needs to be physically secured or protected from the weather.

☐  It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐  Other _____

**Where is the property?**  _____
                            Number, Street, City, State & ZIP Code

**Is the property insured?**

☐  No

☐  Yes.    Insurance agency   _____
            Contact name      _____
            Phone             _____

---

**Statistical and administrative information**

**13.  Debtor's estimation of available funds**

*Check one:*

■  Funds will be available for distribution to unsecured creditors.

☐  After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page 3

Debtor    Reliable Castings Corporation

Name

Case number (*if known*)

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million          ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000          ☐ $50,000,001 - $100 million          ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million          ☐ $100,000,001 - $500 million          ☐ More than $50 billion

Debtor    Reliable Castings Corporation
_____
Name                                                    Case number (*if known*) _____

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    July 25, 2023
_____
MM / DD / YYYY

**X** /s/ Robert J. Kuhn
_____          Robert J. Kuhn
Signature of authorized representative of debtor          _____
                                                          Printed name

Title    Authorized Representative
_____

**18. Signature of attorney**

**X** /s/ Patricia J. Friesinger
_____          Date    July 25, 2023
Signature of attorney for debtor                          _____
                                                          MM / DD / YYYY

Patricia J. Friesinger 0072807
_____
Printed name

Coolidge Wall Co., L.P.A.
_____
Firm name

33 West First Street, Suite 200
Dayton, OH 45402
_____
Number, Street, City, State & ZIP Code

Contact phone    937-223-8177          Email address    friesinger@coollaw.com
_____              _____

0072807 OH
_____
Bar number and State

Fill in this information to identify the case:

| Debtor name | Reliable Castings Corporation |
| --- | --- |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF OHIO, WESTERN DIVISION AT DAYTON |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Advantage Foundry Services 1 Dania Dr. Ste A Hamilton, IL 62341 | | | | | | $23,397.60 |
| AES Ohio 1900 Dryden Road Dayton, OH 45439 | steve.townsend@aes.com | | | | | $217,399.29 |
| CenterPoint Energy 6500 Clyo Rd. Dayton, OH 45459 | Candl@centerpointenergy.com c&i@centerpointenergy.com | Utility | | | | $41,017.06 |
| Cintas Corporation 6800 Cintas Blvd Mason, OH 45040 | WilliamsW@cintas.com ChandlerD@cintas.com PetersonJ2@cintas.c | | | | | $42,120.08 |
| Constellation NewEnergy-Gas Div.LLC 1310 Point St. Baltimore, MD 21231 | Erika.Morrison@constellation.com ddeters@energyalliances.com | Utility | | | | $197,978.60 |
| Cummins 500 Jackson Street Columbus, IN 47202 | boon.teo@cummins.com Devin.Day@cummins.com | | | | | $856,000.00 |
| Daily Services, LLC 1110 Morse Rd. Columbus, OH 43229 | hfickel@surgestaffing.com tmckinniss@surgestaffing.com | | | | | $30,193.11 |
| Diversified Pattern & Engineering 100 Progress Way Avilla, IN 46710 | cheryl@diversifiedpattern.com | | | | | $31,200.00 |

| Debtor | Reliable Castings Corporation | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Dorning Supply Company 7350 Industrial Road Florence, KY 41042 | sharon@dorningsupply.com | | | | | $20,153.48 |
| Duke Energy 139 E 4th St Cincinnati, OH 45202 | avaya_MWCustService@duke-energy.com MWCustomerService@duke-ener | Utility | | | | $24,358.31 |
| Foundry Associates, Inc. 1387 Fairport Road, Suite 1000B-1 Fairport, NY 14450 | susan@fai-castings.com | | | | | $19,438.72 |
| General Factory Supplies 4811 Winton Road Cincinnati, OH 45232 | BobS@gfwdsupply.com EricW@gfwdsupply.com | | | | | $90,740.78 |
| HireTech 200 Westlake Park Blvd #501 Houston, TX 77079 | accounting@hiretech.com | | | | | $440,391.32 |
| Hunter Consulting Co., 6600 Clough Pike, FL 2 Cincinnati, OH 45244 | rhunter@hunterconsulting.com lclark@hunterfoundry.com | | | | | $59,625.00 |
| Intrametco 14297 Bergen Blvd., Ste. 200 Noblesville, IN 46060 | dlanger809@gmail.com | | | | | $63,637.10 |
| Lefeld Industrial & Welding Supplies 600 North Second St. Coldwater, OH 45828 | ar@lefeld.com bradyg@lefeld.com | | | | | $25,311.33 |
| Matheson Tri-Gas Inc. 909 Lake Carolyn Pkwy Irving, TX 75039 | cknupp@mathesongas.com | | | | | $20,247.99 |
| Midwest Industrial Equipment 8558 Industry Park Dr. Piqua, OH 45356 | penny.schrock@midwestie.com | | | | | $35,864.00 |
| Modine Manufacturing Co. 1500 De Koven Ave Racine, WI 53403 | Linda.D.Ekern@modine.com | | | | | $26,910.17 |

| Debtor | Reliable Castings Corporation | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Z-Alloy, Inc.<br>11059 Broadway<br>Crown Point, IN 46307 | awz@z-alloy.com | | | | | $140,359.02 |

1st Choice Security, Inc.
2245 Gilbert Ave
Suite 45206
Cincinnati, OH 45206

A & B Deburring Company
525 Carr Street
Cincinnati, OH 45203

Access Information Management
P.O. Box 850416
Summit Lake, WI 54485

Ace Industries Inc
P.O. Box 117315
Atlanta, GA 30368

Adapt-A-Pak Inc.
678 Yellow Springs Fairfield Rd.
Fairborn, OH 45324

Adecco Employment Services
P.O. Box 371084
Pittsburgh, PA 15250

Advanced Industrial Measurement Systems
2580 Kohnle Dr.
Miamisburg, OH 45342

Advantage Foundry Services
1 Dania Dr. Ste A
Hamilton, IL 62341

AES Ohio
1900 Dryden Road
Dayton, OH 45439

AGGCORP
22800 Lakeland Blvd
Euclid, OH 44132

Air Handling Equipment
1389 Riverside Drive
Sidney, OH 45365

Airgas USA
P.O. Box 734445
Chicago, IL 60673

Alro Steel Corp.
Dept. # 771478
P.O. Box 77000
Detroit, MI 48277

Altafiber
P.O. Box 631782
Rossburg, OH 45362

AM Shipping Supplies Co
7736 Reinhold Dr
Cincinnati, OH 45237

Amazon Capital Services
P.O. Box 035184
Seattle, WA 98124

American Elevators, Inc.
235 Stark Street
Cincinnati, OH 45214

American Express
P.O. Box 650448
Dallas, TX 75265

American Foundry Society
Cast Metals Institute
35169 Eagle Way
Chicago, IL 60678

American Testing Services, Ltd.
200 Old Byers Rd
Miamisburg, OH 45342

Angle Calibration
40 South Lane
Troy, OH 45373

Apex Vending Company
8252 N. County Rd 25A
Piqua, OH 45356

ArcBest
P.O. Box 10048
Fort Smith, AR 72917

ASI Commercial Roofing & Maint
8633 Memorial Drive
Plain City, OH 43064

ASK Chemicals LLC
P.O. Box 645850
Cincinnati, OH 45264

Associated Scale, LLC
11150 Stephens Road
North Bend, OH 45052

August Mack Environmental
1302 N. Meridian St.
#300
Indianapolis, IN 46202

Barcoding, Inc.
Attn: Accounts Receivable
3840 Bank Street
Baltimore, MD 21224

Beck Aluminum Corporation
6150 Parkland Blvd.
Cleveland, OH 44124

Benjamin Steel Company
P.O. Box 791678
Baltimore, MD 21279

Berger Landscape Solutions
1000 Dick Minnich Dr
Covington, OH 45318

Bethesda Healthcare, Inc. QG
P O Box 630185
Cincinnati, OH 45263

Binkelman Corporation
828 Van Camp Rd.
Bowling Green, OH 43402

Bodycote
710 Burns St.
Cincinnati, OH 45204

BP Products North America Inc.
Krebs BP Oil/ Lykins Oil Co.
P.O. Box 643875
Cincinnati, OH 45264

Brightspeed
P.O. Box 6102
Carol Stream, IL 60197

C & E Sales, Inc.
PO Box 736405
Dallas, TX 75373

C & J Electric, Inc.
9195 State Route 119
Anna, OH 45302

C T Corporation System
P.O. Box 4349
Carol Stream, IL 60197

Camp Washington Hardware
2915 Colerain Avenue
Cincinnati, OH 45225

Canfield & Joseph, Inc.
5460 Brown Ave.
Saint Louis, MO 63120

CBT Company
Cincinnati Belting & Transmission
7152 Solution Center
Chicago, IL 60677

CenterPoint Energy
6500 Clyo Rd.
Dayton, OH 45459

Chem-Trend
1445 W. McPherson Park Drive
P.O. Box 860
Howell, MI 48844

Cincinnati Bell
221 E 4th St.
Cincinnati, OH 45202

Cincinnati Water Works
4747 Spring Grove Ave.
Cincinnati, OH 45232

Cinex Inc
2641 Cummins St.
Cincinnati, OH 45225

Cintas Corporation
6800 Cintas Blvd
Mason, OH 45040

City Of Sidney-Utilities
Revenue Collection Dept.
201 West Poplar Street
Sidney, OH 45365

Clark Schaefer Hackett
One East Fourth Street
Ste 1200
Cincinnati, OH 45202

CNC Machine Services, Inc.
1301 N. Blacks Corners Rd.
Imlay City, MI 48444

Constellation NewEnergy-Gas Div.LLC
1310 Point St.
Baltimore, MD 21231

Continental Carbonic Products Inc
Dept 3833
P.O. Box 123833
Casstown, OH 45312

Controls Service, Inc.
32027 Industrial Road
Livonia, MI 48150

Cooper-Standard Ind. & Specialty
P.O. Box 74007590
Chicago, IL 60674

Crown Equipment Corp.
PO Box 641173
Cincinnati, OH 45264

Cummins
500 Jackson Street
Columbus, IN 47202

Custom Staffing-Sidney, Inc.
P.O. Box 5275
Lima, OH 45802

D M E Company
P.O. Box 854867
Minneapolis, MN 55485

Daily Services, LLC
1110 Morse Rd.
Columbus, OH 43229

Dayton Freight
P.O. Box 340
Vandalia, OH 45377

Dayton Stencil
P.O. Box 126
Dayton, OH 45401

DC Welders, LLC
424 N. Main Avenue
Sidney, OH 45365

Deer Park Roofing, Inc.
7201 Blue Ash Road
Cincinnati, OH 45236

Detailed Machining Inc
2490 Ross Street
Sidney, OH 45365

Dial One Security, Inc.
P.O. Box 641464
Cincinnati, OH 45264

Dickman Supply, Inc.
P.O. Box 569
Sidney, OH 45365

Diehl Steel
P.O. Box 772939
Detroit, MI 48277

Diversified Pattern & Engineering
100 Progress Way
Avilla, IN 46710

Document Service Company
245 East Murphy Street
Lima, OH 45801

Donnellon McCarthy Enterprises Inc.
10855 Medallion Dr.
Cincinnati, OH 45241

Dorning Supply Company
7350 Industrial Road
Florence, KY 41042

Duke Energy
139 E 4th St
Cincinnati, OH 45202

Earhart Propane
1496 Lytle Rd.
Troy, OH 45373

EFP Industrial Automation
3815 Wyse Road
Dayton, OH 45414

Erhart Foundry & Machine Co.
1240 Mehring Way
Cincinnati, OH 45203

Federal Express
P O Box 371461
Pittsburgh, PA 15250

FedEx Freight
P.O. Box 223125
Pittsburgh, PA 15251

Fisher Scientific
13551 Collections Ctr Dr
Chicago, IL 60693

Foseco
5645 Collections Center Dr.
Chicago, IL 60693

Founders Service & Manufacturing
P.O. Box 56
879 State Rt. 14 N
North Benton, OH 44449

Foundry Associates, Inc.
1387 Fairport Road, Suite 1000B-1
Fairport, NY 14450

Frederick Steel Company
200 W. North Bend Road
Cincinnati, OH 45216

Freeman Mfg & Supply Co.
P.O. Box 72523
Cleveland, OH 44192

General Factory Supplies
4811 Winton Road
Cincinnati, OH 45232

GL Technologies LLC
110 Slauter Lane
Williamsport, IN 47993

Global Equipment Company
29833 Network Place
Chicago, IL 60673

Gokoh Corporation
P.O. Box 951413
Cleveland, OH 44193

Grainger, W. W. Inc.
2000 S. Braymore Dr.
Palatine, IL 60038

Grainger/Safety Solutions
3640 Interchange Road
Columbus, OH 43204

Graydon Law
Attn: Accounts Receivable
P.O. Box 6464
Cincinnati, OH 45201

H.A. International
P.O. Box 5164
Carol Stream, IL 60197

Haas Factory Outlet (Midwest Mfg)
NW7968-08
P.O. Box 1450
Minneapolis, MN 55485

Hamilton Precision, LLC
490 Joe Nuxhall Blvd
Hamilton, OH 45011

Herschal Products, Inc.
3778 Timberlake Drive
Richfield, OH 44286

Hill & Griffith Company
1085 Summer St.
Cincinnati, OH 45204

HireTech
200 Westlake Park Blvd #501
Houston, TX 77079

Hunter Brill, LLC
6600 Clough Pike, 1st Floor
Cincinnati, OH 45244

Hunter Consulting Co.,
6600 Clough Pike, FL 2
Cincinnati, OH 45244

Hy-Tech Machine Inc
P.O. Box 535
Laurel, NY 11948

Hy-Tek Material Handing
2222 Rickenbacker Pkwy West
Columbus, OH 43217

Imprex Inc
3260 South 108th Street
Milwaukee, WI 53227

Indiana Standards Lab
2919 Shelby St.
Indianapolis, IN 46203

Industrial Adhesives/Tailored Chemical
8202 Indy Lane
Indianapolis, IN 46214

Instrulab Inc
P.O. Box 98
1205 Lamar St
Dayton, OH 45404

Interlube Corporation
4646 Baker Avenue
Cincinnati, OH 45212

Intrametco
14297 Bergen Blvd., Ste. 200
Noblesville, IN 46060

J.J Keller & Associates, Inc.
P.O. Box 6609
Carol Stream, IL 60197

Jackson-Hirsh, Inc.,
700 Anthony Trail
Northbrook, IL 60062

Jackson/Lewis P.C.
PO Box 416019
Boston, MA 02241

JBVal Company
555 Broadhollow Rd Suite 411
Melville, NY 11747

Johann Plumbing
5761 Morgan Rd.
Cleves, OH 45002

Keener Sand & Clay Co
330 Derring Ave
Columbus, OH 43207

Lefeld Industrial & Welding Supplies
600 North Second St.
Coldwater, OH 45828

Linde Gas & Equiptment Inc.
Department CH 10660
Palatine, IL 60055

Lydey Automation
6900 Miller Rd
Brecksville, OH 44141

Magid Glove and Safety Mfg. Co
1300 Naperville Dr.
Romeoville, IL 60446

Masteller Electric Motor
122 E. Lane Street
Sidney, OH 45365

Matheson Tri-Gas Inc.
909 Lake Carolyn Pkwy
Irving, TX 75039

McCormick Equipment Company Inc.
112 Northeast Drive
Loveland, OH 45140

MedMutual Life Insurance Co.
L-3963
Columbus, OH 43260

Meritain Health
P.O. Box 223881
Pittsburgh, PA 15250

MH Equipment Company
#774469
4469 Solutions Center
Chicago, IL 60677

Midwest Air Compressor, LLC
2245 South Apple Tree Lane
Waupaca, WI 54981

Midwest Industrial Equipment
8558 Industry Park Dr.
Piqua, OH 45356

Miller Core II, Inc
8195 T.R.662
Dundee, OH 44624

Milligan Construction, In
1120 Milligan Court
Suite 102
Sidney, OH 45365

Mirion Technologies (GDS),Inc.
Dosimetry Services Division
P.O Box 101301
Pasadena, CA 91189

Modine Manufacturing Co.
1500 De Koven Ave
Racine, WI 53403

Motion Industries, Inc.
P.O. Box 98412
Chicago, IL 60693

NDS Products
111 Anderson St.
Pasadena, TX 77506

NGLIC
C/O Superior Vision Srvs., Inc.
P.O. Box 841343
Dallas, TX 75284

Northern Safety Supply
P.O. Box 4250
Utica, NY 13504

Northwestern Ohio Security Systems
P.O. Box 869
Lima, OH 45802

NovisWorks
400 Schroyer Avenue SW
Canton, OH 44702

O'Reilly Auto Parts
P.O. Box 1156
Springfield, MO 65801

Occupational Safety and Health Adm.
420 Madison Avenue
Ste 600
Toledo, OH 43604

ODACS, Inc
8634 Reading Roadn.
Cincinnati, OH 45215

Ohio Valley Integration Services
2005 Commerce Drive
Sidney, OH 45365

Opentext, Inc. (GXS)
c/o JP Morgan Lockbox
24685 Network Placed
Chicago, IL 60673

Opus Packaging
300 White Mountain Drive
New Bremen, OH 45869

Osborn LLC
P.O. Box 930988
Atlanta, GA 31193

Palmer Manufacturing & Supply, Inc.
P.O. Box 2579
Springfield, OH 45501

Parker Bailey Sales
10240 W US 36
Covington, OH 45318

Parker Hannifin Corporation
6035 Parkland Blvd
Cleveland, OH 44124

Patrick Carty
19710 Old Jamestown Road
Florissant, MO 63034

Paycor Inc
P.O. Box 639860
Cincinnati, OH 45263

Peerless Metal Powders & Abrasives
18900 Rialto Street
Melvindale, MI 48122

POC Industries
8944 N. Crossway
P.O Box 143
Mays, IN 46155

Poling Law
300 E. Broad St.
Ste 350
Columbus, OH 43215

Preferred Janitorial
P.O. Box 4233
Sidney, OH 45365

Preferred Printing Company
3700 W. Michigan Street
Sidney, OH 45365

Prospera Solutions Group
1717 Dixie Hwy
Suite 920
Covington, KY 41011

PrudentRX
3820 Northdale Blvd.
Suite 311-A
Tampa, FL 33624

Quadient Leasing USA, Inc.
Dept. 3682
P.O. Box 123682

Quality Match Plate Co.,
4211 State Route 534 N.W.
Southington, OH 44470

Queen City Pallets Inc.
7744 Reinhold Drive
Cincinnati, OH 45237

RAMPF Group, Inc.
49037 Wixom Tech Drive
Wixom, MI 48393

Robert J Kuhn
1580 Tremont Lane
Cincinnati, OH 45224

Rumpke
3990 Generation Dr.
Cincinnati, OH 45251

Rush Transportation/Logistics
P.O. Box 2810
Dayton, OH 45401

Safety Shoe Distributors
Hy-Test Boots and Shoes
10156 Reading Road
Cincinnati, OH 45241

Scherzinger
P.O. Box 2103
Mount Vernon, OH 43050

Shelby County Treasurer
John E. Coffield
Shelby County Annex 129 E Court St.
Sidney, OH 45365

Sherwin Incorporated
5530 Borwick Ave.
South Gate, CA 90280

Shred-it USA
23166 Network Place
Chicago, IL 60673

Sidney-Shelby Co. Chamber of Comm.
101 South Ohio Ave
FL 2
Sidney, OH 45365

Silco Fire Protection Co
10765 Medallion Drive
Cincinnati, OH 45241

Sinto, Roberts Corporation
Department # 23401
P.O. Box 67000
Detroit, MI 48267

Software Information Systems
165 Barr Street
Lexington, KY 40507

Software Information Systems
P.O. Box 440214
Nashville, TN 37244

Sollmann Electric Co.,
310 East Russell Road
Sidney, OH 45365

Speckman Automotive, Inc.
1556 W. Michigan St.
Sidney, OH 45365

Spectrum Commercial Services Company LLC
8011 34th Ave South
Suite 205
Minneapolis, MN 55425

Stratasys Direct Mfg.
28309 Avenue Crocker
Valencia, CA 91355

Sunbelt Rentals, Inc.
P.O. Box 409211
Atlanta, GA 30384

Superior Dental Care
P.O. Box 639790
Cincinnati, OH 45263

Superior Sealcoating
951 N. Kuther Rd.
Sidney, OH 45365

Sutton-Garten Company
901 N Senate Ave.
Indianapolis, IN 46202

The Mechanical Supplies Company
P.O. Box 37845
Cincinnati, OH 45222

The Mike Kilroy Corporation
10 W. Trotwood Blvd.
Dayton, OH 45426

Thomas E. Barton
7695 Pineglen Drive
Cincinnati, OH 45224

TQL - Total Quality Logistics
P.O. Box 634558
Cincinnati, OH 45263

Transmet Corporation
4290 Perimeter Dr.
Columbus, OH 43228

Tri-State Cores, Inc.
P.O. Box 53352
Cincinnati, OH 45253

Trinco Trinity Tool Company
P.O. Box 98
Fraser, MI 48026

United Parcel Service
P.O. Box 809488
Chicago, IL 60680

United States Postal Service
Neopost Postage on Call
CMRS - POC P.O. Box 0575
Carol Stream, IL 60132

United Testing Systems
Attn : Shared Services
40 McCullough Drive
New Castle, DE 19720

Valicor Environmental Services
Dept. 77380
P.O. Box 77000
Detroit, MI 48277

Verizon Wireless
P.O. Box 25505
Cincinnati, OH 45204

Visa
P.O. Box 6818
Carol Stream, IL 60197

Weaver Materiel Service, Inc.
1810 Industrie Drive
Jamestown, NY 14701

Wellnow Urgent Care
PO Box 10249
Ste 102
Albany, NY 12201

Wells Brothers, Inc.
105 Shue Drive
Anna, OH 45302

Wellworks For You
70 E. Lancaster Ave.
Malvern, PA 19355

Westech Enviromental Solutions
8090 Furlong Dr.
Cleves, OH 45002

Wheelabrator
P O Box 73987
Chicago, IL 60673

Wilson Memorial Hospital
Occupational Health Services
W 915 Michigan Street
Sidney, OH 45365

XPO Logistics, Inc.
29559 Network Place
Chicago, IL 60673

Z-Alloy, Inc.
11059 Broadway
Crown Point, IN 46307

# United States Bankruptcy Court
## Southern District of Ohio, Western Division at Dayton

In re   Reliable Castings Corporation _____   Case No. _____
                                        Debtor(s)                Chapter   11 _____

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Reliable Castings Corporation   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]


July 25, 2023 _____        /s/ Patricia J. Friesinger
Date                                         Patricia J. Friesinger 0072807
                                             Signature of Attorney or Litigant
                                             Counsel for   Reliable Castings Corporation
                                             Coolidge Wall Co., L.P.A.
                                             33 West First Street, Suite 200
                                             Dayton, OH 45402
                                             937-223-8177 Fax:937-223-6705
                                             friesinger@coollaw.com