**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Guy R. Humphrey
United States Bankruptcy Judge

**Dated: July 27, 2023**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | Case No. 23-31157 |
| RELIABLE CASTINGS CORPORATION, | : | Chapter 11<br>Subchapter V |
| Debtor and Debtor-In-Possession. | : | Judge Guy R. Humphrey |

**INTERIM ORDER UPON MOTION OF DEBTOR AND DEBTOR IN POSSESSION, PURSUANT TO SECTION 366 OF THE BANKRUPTCY CODE, FOR INTERIM AND FINAL ORDERS: (A) PROHIBITING UTILITIES FROM ALTERING, REFUSING OR DISCONTINUING SERVICES TO, OR DISCRIMINATING AGAINST THE DEBTOR; (B) DETERMINING THAT THE UTILITIES ARE ADEQUATELY ASSURED OF FUTURE PAYMENT; AND SETTING FINAL HEARING (DOC. 7)**

This matter is before the Court upon the *Motion of Debtor and Debtor in Possession, Pursuant to Section 366 of the Bankruptcy Code, for Interim and Final Orders: (A) Prohibiting Utilities from Altering, Refusing or Discontinuing Services to, or Discriminating Against the Debtor; (B) Determining that the Utilities are Adequately Assured of Future Payment; and (C) Requesting a Final Hearing* (the "Motion"), filed by the above-captioned debtor and debtor in possession ("Debtor").

The Court having reviewed the Motion, the Declaration of Robert John Kuhn in support

1

of the Motion and having considered the statements of counsel with respect to the Motion at the hearing before the Court (the "Hearing") and the record in this case; and the Court having found that this Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §1334, that this is a core proceeding pursuant to 28 U.S.C. §157(b) and that venue is proper before this Court pursuant to 28 U.S.C. §§1408 and 1409, and it appearing that notice of the Motion and the Hearing was sufficient under the circumstances and no objections were filed or raised at the hearing; and it further appearing that good cause exists for the entry of this Interim Order on the terms and conditions set forth herein; it is therefore

**ORDERED**, that no Utility Company[1] may (a) alter, refuse, or discontinue services to, and/or discriminate against the Debtor on the basis of the commencement of the within case or on account of pre-petition invoices or (b) require additional assurance of payment other than the Adequate Assurance Deposit as a condition to the Debtor receiving such utility services for a period of thirty (30) days from the date of the filing of the Debtor's petition and, in addition, pending entry of a Final Order; and it is further

**ORDERED**, that pending the Final Hearing a Utility Company shall be entitled to an Adequate Assurance Deposit in an amount equal to the Debtor estimation of the projected cost of one-half months' worth of utility service, provided that: (a) such request is made in writing no later than 30 days after the Petition Date (the "Request Deadline"); and (b) such requesting Utility Company does not already hold a deposit equal to or greater than the Adequate Assurance Deposit (which existing deposit shall be deemed to be the Adequate Assurance Deposit (which existing deposit shall be deemed to be the Adequate Assurance Deposit for purposes of this motion); and it is further

---

[1] All capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

2

**ORDERED** that a utility Company's request for, and acceptance of, an Adequate Assurance Deposit shall be without prejudice to its rights to dispute whether the Adequate Assurance deposit actually provides adequate assurance of payment pursuant to Section 366 of the Bankruptcy Code pending the Final Hearing, provided, however, that any Utility Company that does not (i) file an objection to the Motion and/or (ii) request an Adequate Assurance Deposit by the Request Deadline shall be deemed to have adequate assurance that is satisfactory to it, within the meaning of Section 366 of the Bankruptcy Code; and it is further

**ORDERED**, that any Adequate Assurance Deposit requested by and provided to any Utility Company pursuant to the procedures described above shall be returned to the Debtor at the conclusion of the Chapter 11 case; and it is further

**ORDERED**, that a Final hearing on the Motion and any objections thereto, shall be held on August 23, 2023 at 1:30 p.m., Eastern Time (the "Final Hearing").  Any objections or responses to entry of a final order granting the relief requested in the Motion shall be filed on or before 4:00 p.m. on August 16, 2023, provided, however, that in the event there are no timely filed objections or all timely filed objections are resolved prior to the hearing, a final order may be entered without further hearing.  At that final hearing or by agreed order, the Court may modify the provisions of this Order as provided for herein.  In the event this Interim Order is extended, all of the provisions hereof shall remain in full force and effect, except to the extent otherwise provided for in an order of the Court extending this Interim Order; and it is further;

**ORDERED**, that the Utility Companies shall be deemed to have adequate assurance of payment under Section 366 of the Bankruptcy Code until the date of the Final Hearing unless an Adequate Assurance Deposit is requested and not paid promptly thereafter; and it is further

**ORDERED**, that the terms and conditions of this Interim Order shall be effective and enforceable immediately upon entry.

**IT IS SO ORDERED**.

Copies to: Default List PLUS Top 20 Largest Creditors and:

AES Ohio, 1900 Dryden Road, Dayton, OH 45439
Centerpoint Energy, 6500 Clyo Rd, Dayton, OH 45459
Duke Energy, 139 E 4th St., Cincinnati, OH 45202
Cincinnati Bell, c/o Corporation Service Company, 50 W. Broad St., Ste. 1330, Columbus OH, 43215
City of Sidney, 201 W Poplar St.,Sidney, OH 45365
Rumpke, 3990 Generation Dr., Cincinnati, OH 45251
Earhart Propane, 1496 Lytle Rd., Troy, OH 45373
Cincinnati Water Works, 4747 Spring Grove Ave., Cincinnati, OH 45232
Constellation NewEnergy, 1310 Point St., Baltimore, Maryland 21231

EXHIBIT A

| Provider Name | Average Monthly Utility Usage |
| --- | --- |
| AES Ohio | $55,000 |
| Centerpoint Energy | $15,000 |
| Duke Energy | $1600.00 |
| Cincinnati Bell | $2500.00 |
| City of Sidney | $3900.00 |
| Rumpke | $1596.00 |
| Earhart Propane | $1000.00 |
| Cincinnati Water Works | $350.00 |
| Constellation NewEnergy | $45,000.00 |