IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | Case No. 23-31157 |
| | : | |
| RELIABLE CASTINGS CORPORATION | : | Chapter 11 |
| | : | Subchapter V |
| | : | Judge Guy R. Humphrey |
| Debtor and Debtor-In-Possession | : | |

## MOTION TO EXTEND TIME TO FILE THE REMAINING DOCUMENTS: SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS

**NOW COMES** the debtor and debtor-in-possession Reliable Castings Corporation (hereinafter "Debtor") and hereby requests additional time to file the remaining required paperwork in this case. The Debtor filed its case on July 25, 2023, and was given 14 days, up to and including August 8, 2023, to file the remaining paperwork with the Court. The Debtor is diligently gathering the required documentation to complete the remaining paperwork but will need additional time. Proposed counsel for the Debtor is unavailable the week of August 7, 2023, due to a family vacation scheduled prior to her retention by the Debtor.

**WHEREFORE**, the Debtor respectfully requests an extension to complete the filing, up to and including August 21, 2023.

Respectfully submitted,

*/s/ Patricia J. Friesinger*
_____
Patricia J. Friesinger (00072807)
33 W. First Street, Suite 200
Dayton, OH 45402
Tel: (937) 449-5776  Fax: (937) 223-6705
E-Mail: friesinger@coollaw.com
*Proposed Counsel for Debtor and Debtor-In-Possession Reliable Castings Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on the date of filing, a true and correct copy of the foregoing **MOTION TO EXTEND TIME TO FILE THE REMAINING DOCUMENTS: SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS** was served on the following registered ECF participants, **electronically** through the Court's ECF System at the email address registered with the Court:

- Asst US Trustee (Day)    USTPRegion09.CB.ECF@usdoj.gov
- Christopher S Baxter    cbaxter@hahnlaw.com, cmbeitel@hahnlaw.com
- Robert B Berner    rberner@baileycav.com, lpatterson@baileycav.com
- Rocco I Debitetto    ridebitetto@hahnlaw.com, hlpcr@hahnlaw.com;cmbeitel@hahnlaw.com
- Patricia J Friesinger    friesinger@coollaw.com, trustee@coollaw.com
- Ryan Steven Lett    ryan.lett@usdoj.gov
- Donald W. Mallory    DWMallory@woodlamping.com, cdwm11@trustesolutions.net
- Kenneth M Richards    krichards@LNLattorneys.com
- Matthew T Schaeffer    mschaeffer@baileycav.com, lpatterson@baileycav.com

and the following by ordinary U.S. Mail addressed on the date of filing to:

Michael Rosow
Maslon LLP
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-4140

*/s/ Patricia J. Friesinger*

_____
Patricia J. Friesinger