**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

Guy R. Humphrey
United States Bankruptcy Judge

**Dated: August 8, 2023**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | Case No. 23-31157 |
| | : | |
| RELIABLE CASTINGS CORPORATION | : | Chapter 11 |
| | : | Subchapter V |
| | : | Judge Guy R. Humphrey |
| Debtor and Debtor-In-Possession | : | |

**ORDER GRANTING IN PART AND DENYING IN PART MOTION TO EXTEND TIME TO FILE THE REMAINING DOCUMENTS; SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS [DOC. 47]**

**THIS MATTER** is before the Court pursuant to the Debtor and Debtor-In-Possession's *Motion to Extend Time to File the Remaining Documents: Schedules and Statement of Financial Affairs* filed herein on August 8, 2023 [Doc. 47].

It is therefore **ORDERED, ADJUDGED AND DECREED** that Debtor, herein be and hereby is granted an extension of time in which to file the remaining documents, including the Schedules and Statement of Financial Affairs. The extension deadline is August 21, 2023 **by 9:00 a.m. (Eastern Time)**.

**SO ORDERED.**

Cc: Default List

1