**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Guy R. Humphrey
United States Bankruptcy Judge

**Dated: January 8, 2024**

# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| *In re*: : | |
| : | Case No. 23-31157 |
| RELIABLE CASTINGS : | Chapter 11 |
| CORPORATION, : | Judge Humphrey |
| : | |
| *Debtor.* : | |

### ORDER CONCERNING POST-CONFIRMATION PROCEDURES (DOC. 176)

The *Order Confirming Second Amended Plan* (doc. 176), having been entered on December 19, 2023, the Debtor shall file a report pursuant to Local Bankruptcy Rule 3020-2. This report is due on June 19, 2024, and every six months thereafter until the final decree is entered.

**IT IS SO ORDERED.**

Copies to: Default List